**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

                                        **CASE NO.: 3:16-bk-03075-JAF**

**M2L Transportation, LLC**                     **Chapter 11**

     **Debtor.**
_____/

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

       Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within (14) Days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

       If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 300 North Hogan St., Ste. 3-150, Jacksonville, Florida 32202 and serve a copy on the movant's attorney, Jason A. Burgess, 1855 Mayport Road, Atlantic Beach, Florida 32233 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

       If you do not file an response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant relief requested.

---

**MOTION FOR ENTRY OF FINAL DECREE AND FINAL REPORT**

     M2L Transportation, LLC, by and through the undersigned attorney, moves this Court for entry of a Final Decree and respectfully represents:

1. The Chapter 11 Plan in this case was confirmed on the 4th of August 2017. The plan provided for distribution to unsecured claims.

2. The case has been substantially consummated and the attorney fees as awarded by the Court are being paid under an agreement and all taxes and other administrative claims have been paid or are being paid in full.

3. The Debtor-in-Possession has currently made all payments as required under the Order Confirming Plan, which includes the disbursement to allowed unsecured creditors.

4. At this time, all motions and/or objections have had an order submitted.

Wherefore, the Debtor-In-Possession moves this Court to enter a Final Decree pursuant to Bankruptcy Rule 3022.

Dated: October 12, 2017

The Law Offices of Jason A. Burgess, LLC

*/s/ Angela M. Scott*
Angela M. Scott
Florida Bar No.: 122102
Jason A. Burgess
Florida Bar No.: 40757
1855 Mayport Road
Atlantic Beach, Florida 32233
P - (904) 372-4791
F – (904) 372-4994
*Counsel for Debtor-In-Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by the CM/ECF system, United States First Class Mail, or electronic mail on October 12,2017 to the United States Trustee Office and all other parties on the attached Matrix.

The Law Offices of Jason A. Burgess, LLC

*/s/ Angela M. Scott*

Exhibit A
(Certificate of Consummation)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**M2L Transportation, LLC**

CASE NO.: 3:16-bk-03075-JAF
Chapter 11

Debtor.
_____/

## CERTIFICATE OF SUBSTANTIAL CONSUMMATION

In Re: M2L Transportation, LLC
Case No: 3:16-bk-03075

I, Miguel Lopez, as the Managing Member of the Debtor-In-Possession, certify that the Debtor-in-Possession has paid all claimants and scheduled creditors pursuant to the provisions of the Plan of Reorganization and that the plan has been substantially consummated within the meaning of 11 U.S.C. §1101(2).

UNSWORN DECLARATION

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

Dated this _11_ day of October 2017.

_____
Miguel Lopez as Managing Member
M2L Transportation, LLC

Exhibit B
(Mailing Matrix)

```
Label Matrix for local noticing          BMO Harris Bank N.A.                     M2L Transportation, LLC
113A-3                                   c/o Allan E. Wulbern, Esq.               9781 Sawgrass Drive
Case 3:16-bk-03075-JAF                   Smith Hulsey & Busey                     Ponte Vedra Beach, FL 32082-3533
Middle District of Florida               225 Water Street, Suite 1800
Jacksonville                             Jacksonville, FL 32202-4494
Thu Oct 12 09:20:39 EDT 2017

Wells Fargo Bank, N.A., d/b/a Wells Fargo De   ACAR Leasing LTD d/b/a GM Financial Leasing   Admin 2000 Inc.
c/o KELLEY KRONENBERG ATTORNEYS AT LAW         P.O. Box 183853                               8000 18 Hwy 17 South
1511 N. Westshore Blvd., Suite 400             Arlington, TX 76096-3853                      Suite 256
Tampa, FL 33607-4596                                                                         Fleming Island, FL 32003

Altick & Corwin Co., LPA                 American Express                         Amerisure Mutual Insurance
One South Main Street                    6985 Union Park Center                   Lockbox 730502
Suite 1590                               Midvale, UT 84047-4177                   Dallas, TX 75373-0502
Dayton, OH 45402-2035

Amerisure Mutual Insurance               BMO Harris Bank N.A.                     BMO Transportation Finance
P.O. Box 2060                            Aaron B. Chapin                          1010 Thomas Edison Blvd. SW
Farmington Hills, MI 48333-2060          Reed Smith LLP                           Cedar Rapids, IA 52404-8247
                                         10 S. Wacker Dr., Suite 4000
                                         Chicago, IL 60606-7506

BestPass                                 Comdata                                  Comdata, Inc.
P.O. Box 941                             P.O. Box 100647                          5301 Maryland Way
Albany, NY 12201-0941                    Atlanta, GA 30384-0647                   Brentwood, TN 37027-5028

Concentra                                Delaware River Joint Toll                (p)FIFTH THIRD BANK
P.O. Box 82549                           P.O. Box 4971                            MD# ROPS05 BANKRUPTCY DEPT
Atlanta, GA 30354-0549                   Trenton, NJ 08650-4971                   1850 EAST PARIS SE
                                                                                  GRAND RAPIDS MI 49546-6253

Fifth Third Bank                         Fifth Third Bank                         Fifth Third Bank
PO Box 9013                              c/o Patricia Hill                        c/o Patricia L. Hill
Addison, Texas 75001-9013                7759 University Drive, #A                900 Fifth Third Center
                                         West Chester Township, OH 45069-6578     1 South Main Street
                                                                                  Dayton, OH 45402-2024

Fifth Third Bank, N.A.                   Florida Dept. of Revenue                 (p)INTERNAL REVENUE SERVICE
38 Fountain Square Plaza                 Bankruptcy Unit                          CENTRALIZED INSOLVENCY OPERATIONS
Cincinnati, OH 45263-0001                P.O. Box 6668                            PO BOX 7346
                                         Tallahassee, FL 32314-6668               PHILADELPHIA PA 19101-7346

Internal Revenue Service                 Michigan Dept. of Treasury               Miguel Lopez
PO Box 7346                              P.O. Box 30474                           9781 Sawgrass Drive
Philadelphia, PA  19101-7346             Lansing, MI 48909-7974                   Ponte Vedra Beach, FL 32082-3533

Miller Creative Group                    Motel 6/Studio 6                         New Jersey Turnpike Authority
8725 Youngerman Court                    P.O. Box 846175                          Law Dept Attn: Mark Schneider, Esq.
Suite 101                                Dallas, TX 75284-6175                    PO Box 5042
Jacksonville, FL 32244-6692                                                       Woodbridge, NJ  07095-5042
```

| | | |
|---|---|---|
| New York State Dept of Tax<br>W. A. Harriman Campus<br>Albany, NY 12227-0001 | Nextraq<br>1200 Lake Hearn Drive<br>Suite 500<br>Atlanta, GA 30319-6405 | Occ. Health Centers of SW<br>P.O. Box 82549<br>Atlanta, GA 30354-0549 |
| Omnitracs<br>717 N. Harwood<br>Sutie 1300<br>Dallas, TX 75201-6533 | PennCredit Corp.<br>916 S. 14th Street<br>Harrisburg, PA 17104-3425 | PennCredit Corp.<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 |
| Penske Truck Leasing<br>Route 10 Green Hills<br>PO Box 563<br>Reading, PA 19603-0563 | Penske Truck Leasing Co.<br>P.O. Box 981056<br>El Paso, TX 79998-1056 | PrePass<br>510 Parkland Drive<br>Sandy, UT 84070-6419 |
| Ruslan Cruz<br>14480 Magnolia Springs Lane<br>Jacksonville, FL 32258-5118 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | St. Johns County Tax Collector<br>Dennis W. Hollingswo<br>Post Office Box 9001<br>Saint Augustine FL 32085-9001 |
| State of Florida<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-6585 | State of Michigan Department of Treasury<br>Cadillac Place<br>3030 West Grand Blvd.<br>Detroit, Michigan 48202-6030 | State of Michigan, Department of Treasury<br>3030 W Grand Blvd Ste 10-200<br>Detroit, MI 48202-6030 |
| The Business Backer<br>10101 Alliance Road<br>Suite 140<br>Cincinnati, OH 45242-4715 | The Business Backer, LLC<br>Altick & Corwin Co., LPA<br>One South Main St. Ste. 1590<br>Dayton, OH 45402-2035 | Trailer X-Press<br>1701 Steele Avenue SW<br>Grand Rapids, MI 49507-1525 |
| Transworld Systems<br>507 Purdential Road<br>Horsham, PA 19044-2308 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>P.O. BOX 19657<br>IRVINE, CA 92623-9657 | Wells Fargo Bank, N.A.<br>420 Montgomery St.<br>San Francisco, CA 94104-1298 | Wells Fargo Bank, N.A., d/b/a<br>Wells Fargo Dealer Services<br>c/o Kelley Kronenberg Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 |
| Wells Fargo Bank, N.A., d/b/a WFDS<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>P.O. Box 17900<br>Denver, CO 80217-0900 | Wells Fargo Dealer Svcs.<br>23 Pasteur<br>Irvine, CA 92618-3816 |
| William Lindeman, P.A.<br>P.O. Box 3506<br>Orlando, FL 32802-3506 | Allan E. Wulbern +<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 | David E Hicks +<br>Kelley Kronenberg, Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 |

```
United States Trustee - JAX 11 +            Miriam G Suarez +                         Dennis J LeVine +
Office of the United States Trustee         Office of the United States Trustee       Kelley Kronenberg, Attorneys at Law
George C Young Federal Building             George C. Young Federal Building          1511 N. Westshore Blvd., Suite 400
400 West Washington Street, Suite 1100      400 West Washington Street, Suite 1100    Tampa, FL 33607-4596
Orlando, FL 32801-2210                      Orlando, FL 32801-2210


Alison Verges Walters +                     Suann D Cochran +                         Jason A Burgess +
Kelley Kronenberg, Attorneys at Law         State of Michigan - Dept of Attorney      The Law Offices of Jason A. Burgess, LLC
1511 N. Westshore Blvd., Suite 400          3030 W Grand Blvd, Suite 10-200           1855 Mayport Road
Tampa, FL 33607-4596                        Detroit, MI 48202-6030                    Atlantic Beach, FL 32233-1919



Patricia L Hill +                           Angela M Scott +
Graydon, Head & Ritchey, LLP                The Law Office of Jason A Burgess
7759 University Drive, Suite A              1855 Mayport Road
West Chester, OH 45069-6578                 Atlantic Beach, FL 32233-1919
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Fifth Third Bank                            Internal Revenue Service
38 Fountain Square Plaza                    400 West Bay Street
Cincinnati, OH 45263                        Jacksonville, FL 32202
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Fifth Third Bank                         (u)State of Michigan Department of Treasury    (d)BMO Harris Bank N.A.
                                                                                           c/o Allan E. Wulbern, Esq.
                                                                                           Smith Hulsey & Busey
                                                                                           225 Water Street, Suite 1800
                                                                                           Jacksonville, FL 32202-4494


(u)State of Indiana Dept of Rev             (u)State of Ohio Dept. of Rev.                 End of Label Matrix
                                                                                           Mailable recipients    67
                                                                                           Bypassed recipients     5
                                                                                           Total                  72
```