B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _M2L Transportation LLC_,   Case No. _3:16-B 16-03075-JAF_
      _Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _November_    Date filed: _8/12/16_

Line of Business: _Long Haul Trucking_    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ [signature]_
Original Signature of Responsible Party

_Ruslan Cruz_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☒ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☒ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 0

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 1747.96
Cash on Hand at End of Month      $ 360.15

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ 118.88

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 0

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 0
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 0

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**  $ 0

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 1300

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0 | $ 0 | $ 0 |
| EXPENSES | $ 0 | $ 0 | $ 0 |
| CASH PROFIT | $ 0 | $ 0 | $ 0 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 0

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 0

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 0

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 11/1/17 AND ENDING 11/2/17

Name of Debtor: M2L Transportation LLC  
Date of Petition: 8/12/16  
Case Number: 3:16-B1603075 JAF

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 1747.96 (a) | _____ (b) |
| 2. RECEIPTS: |  |  |
| A. Cash Sales | 0 |  |
| Minus: Cash Refunds | (-) 0 |  |
| Net Cash Sales | 0 |  |
| B. Accounts Receivable | 0 |  |
| C. Other Receipts *(See MOR-3)* |  |  |
| (If you receive rental income, you must attach a rent roll.) |  |  |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 0 |  |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 1747.96 |  |
| 5. DISBURSEMENTS |  |  |
| A. Advertising |  |  |
| B. Bank Charges |  |  |
| C. Contract Labor |  |  |
| D. Fixed Asset Payments  (not incl. in "N") |  |  |
| E. Insurance |  |  |
| F. Inventory Payments |  |  |
| G. Leases |  |  |
| H. Manufacturing Supplies |  |  |
| I. Office Supplies |  |  |
| J. Payroll – Net | *see attached spreadsheet* |  |
| K. Professional Fees (Accounting & Legal) |  |  |
| L. Rent |  |  |
| M. Repairs & Maintenance |  |  |
| N. Secured Creditor Payments |  |  |
| O. Taxes Paid – Payroll |  |  |
| P. Taxes Paid - Sales & Use |  |  |
| Q. Taxes Paid - Other |  |  |
| R. Telephone |  |  |
| S. Travel & Entertainment |  |  |
| Y. U.S. Trustee Quarterly Fees |  |  |
| U. Utilities |  |  |
| V. Vehicle Expenses |  |  |
| W. Other Operating Expenses *(See MOR-3)* |  |  |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 1387.01 |  |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 360.95 (c) | _____ (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 15 day of Dec, 2017.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.  
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.  
(c) These two amounts will always be the same if form is completed correctly.

MOR-2
### APPENDIX A

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| N/A | | |

**TOTAL OTHER RECEIPTS**

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| N/A | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| N/A | | |

**TOTAL OTHER DISBURSEMENTS**

MOR-3

# Wells Fargo Business Choice Checking

Account number: 7485080506 ■ November 1, 2017 - November 30, 2017 ■ Page 1 of 4



M2L TRANSPORTATION LLC
900 CANAL ST
JACKSONVILLE FL 32209-7426

### Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Cash flow is a key indicator of the financial health of your business. Find tips and strategies for effective cash flow management at wellsfargoworks.com.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $1,747.96 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 1,387.01 |
| **Ending balance on 11/30** | **$360.95** |
| Average ledger balance this period | $769.97 |

Account number: 7485080506

**M2L TRANSPORTATION LLC**

Florida account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(287)
Sheet Seq = 0012897
Sheet 00001 of 00002

Account number:   **7485080506**   ■ November 1, 2017 - November 30, 2017   ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | 1072 | Check | | 862.95 | 885.01 |
| 11/2 | 1061 | Check | | 100.55 | 784.46 |
| 11/7 | 1070 | Check | | 4.85 | 779.61 |
| 11/30 | 1073 | Check | | 115.12 | |
| 11/30 | 1074 | Check | | 303.54 | 360.95 |
| Ending balance on 11/30 | | | | | 360.95 |
| **Totals** | | | **$0.00** | **$1,387.01** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1061 | 11/2 | 100.55 | 1072 * | 11/1 | 862.95 | 1074 | 11/30 | 303.54 |
| 1070 * | 11/7 | 4.85 | 1073 | 11/30 | 115.12 | | | |

\* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2017 - 11/30/2017 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $770.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 1 ☑ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

| | Total Amount | Claim # | General Unsecured Amount | Total Payout | Payment Amount | 1st Due Date | # of Payments |
|---|---|---|---|---|---|---|---|
| Trailer X-Press Inc | $121,136.42 | POC 1 | | $121,127.00 | $352.12 | 1-Sep-17 | 60 |
| Fifth Third Bank | $1,291.07 | POC 2 | | $1,291.07 | $3.75 | 1-Sep-17 | 60 |
| Amerisure Mutual Ins. | $34,590.23 | POC 15 | | $6,032.77 | $100.55 | 1-Sep-17 | 60 |
| Comcata Inc. | $27,907.64 | POC 4 | | $4,867.28 | $81.12 | 1-Sep-17 | 60 |
| N.J. Turnpike Auth. | $429.30 | POC 7 | | $74.87 | $1.25 | 1-Sep-17 | 60 |
| The Business Backer, LLC | $61,984.91 | POC 8 | | $10,810.58 | $180.18 | 1-Sep-17 | 60 |
| Michigan Dept. of Treasury | $4,245.00 | POC 13 | | $857.72 | $2.49 | 1-Sep-17 | 60 |
| State of IN DOR | $610.00 | NCF | | $149.59 | $1.77 | 1-Sep-17 | 60 |
| State of IN DOR | $451.00 | NCF | | $106.39 | $1.31 | 1-Sep-17 | 60 |
| Admin 2000 Inc. | $2,109.60 | NCF | | $78.66 | $6.13 | 1-Sep-17 | 60 |
| American Express | $46,936.55 | NCF | | $367.93 | $136.43 | 1-Sep-17 | 60 |
| BestPass | $6,115.55 | NCF | | $8,186.05 | $17.89 | 1-Sep-17 | 60 |
| Concentra | $80.50 | NCF | | $1,073.57 | $0.23 | 1-Sep-17 | 60 |
| Delaware Rovre Joint Toll | $50.00 | NCF | | $14.04 | $0.15 | 1-Sep-17 | 60 |
| Delaware Rovre Joint Toll | $50.00 | NCF | | $8.72 | $0.15 | 1-Sep-17 | 60 |
| Miller Creative Group | $817.48 | NCF | | $8.72 | $2.38 | 1-Sep-17 | 60 |
| Motel 6/Studio 6 | $3,746.78 | NCF | | $142.57 | $10.89 | 1-Sep-17 | 60 |
| Nextraq | $23,180.00 | NCF | | $653.46 | $67.38 | 1-Sep-17 | 60 |
| Omnitracs | $9,815.00 | NCF | | $4,042.75 | $28.53 | 1-Sep-17 | 60 |
| PennCredit Corp. | $155.89 | NCF | | $1,711.80 | $0.45 | 1-Sep-17 | 60 |
| PrePass | $1,667.89 | NCF | | $27.19 | $4.85 | 1-Sep-17 | 60 |
| | | | | $290.89 | | | |

| | Claim Amount | Claim # | Terms | Payment Amount | 1st Due Date | # of Payments | |
|---|---|---|---|---|---|---|---|
| BMO Harris Bank, N.A. | $227,483.68 | POC 9 | 72 Months with 5.25% Interest | $3,242.01 | Already Been Paying | 72 Remaing bal on 10/1/23 | |
| IRS | $38,952.23 | POC 6 | 48 Months with 4% Interest | $879.50 | 1-Sep-17 | 48 | |
| Michigan Dept. of Treasury | $3,387.62 | POC 13 | 48 Months with 4.7% Interest | $77.54 | 1-Sep-17 | 48 | |
| Fifth Third Bank | $11,238.42 | POC 11 | 120 Months with 4.25% Interest | $115.12 | 1-Sep-17 | 120 | |
| Michigan Dept. of Treasury | $77.17 | POC 14 | Administrative Claim | $77.17 | 18-Aug-17 | 1 | |
| Fifth Third Bank | $29,632.21 | POC 12 | 120 Months with 4.25% Interest | $303.54 | 1-Sep-17 | 120 | |

Remaining Attorneys Fees & Costs    $11,869.44

10:52 AM
12/15/17
Cash Basis

# M2LTransportation
# Profit & Loss
### November 1 - 2, 2017

|  | Nov 1 - 2, 17 |
|---|---|
| Net Income | 0.00 |